No. 112. HARDY *v.* UNITED STATES, 375 U. S. 277. The motion for modification of the opinion is denied. *Mozart G. Ratner* for petitioner on the motion.

No. 321. ARATANI ET AL. *v.* KENNEDY, ATTORNEY GENERAL. Certiorari, 375 U. S. 877, to the United States Court of Appeals for the District of Columbia Circuit. The joint motion for reference to District Court to approve compromise settlement is granted. *Thomas H. Carolan* and *Philip W. Amram* for petitioners. *Solicitor General Cox* for respondent.

No. 384. PUBLISHERS' ASSOCIATION OF NEW YORK CITY *v.* NEW YORK MAILERS' UNION NUMBER SIX. Certiorari, 375 U. S. 901, to the United States Court of Appeals for the Second Circuit. Further consideration of the suggestion of mootness is postponed pending the hearing on the merits. *Gerhard P. Van Arkel* and *George Kaufmann* for respondent on the suggestion of mootness. *Andrew L. Hughes* for petitioner, in opposition.

No. 612. ADDISON ET AL. *v.* UNITED STATES. (Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied, *ante,* p. 905.) The application to stay issuance of the order denying the petition for certiorari is denied. *James L. Guilmartin, Stanley Jay Bartel* and *Fuller Warren* on the application.

No. 728. HURWITZ ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *Harry Dow* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Meyer Rothwacks* and *L. W. Post* for the United States.